(May 21, 1921.)

## THE CONTINENTAL AND COMMERCIAL TRUST AND SAVINGS BANK, a Corporation, Appellant, v. WILHELMINA WERNER and JOHN DOE, Her Husband, Whose Real Name is Unknown to This Plaintiff, and GOODING COUNTY, IDAHO, Respondents.

[198 Pac. 471.]

Final Judgment—Appeal—Dismissal.

When it appears from the record that no final judgment has been entered, an attempted appeal from a judgment in an action will be dismissed.

APPEAL from the District Court of the Fourth Judicial District, for Gooding County. Hon. H. F. Ensign, Judge. *Dismissed.*

E. D. Reynolds, E. A. Walters and Paul S. Haddock, for Appellant.

A. F. James, for Respondent.

Counsel cite no authorities on point decided.

DUNN, J.—The appeal herein purports to be taken from a final judgment rendered in this action, but an examination of the instrument appearing in the record as the judg-

ment appealed from shows that it is not in fact final judgment. For this reason the appeal is dismissed. No costs to either party.

Rice, C. J., and Budge, McCarthy and Lee, JJ., concur.